PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Janelle Dawn Slama**

**Docket No. 0:00CR00263-004(MJD)**

**Petition on Supervised Release**

COMES NOW **MELISSA L. PEREZ**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Janelle Dawn Slama** who was sentenced on March 12, 2002, by the Honorable Michael J. Davis, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Mandatory drug testing
- Drug aftercare
- Mental health

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #4: The defendant shall participate in a program for drug abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling or a support group.

On October 29, 2004, Ms. Slama failed to report for urinalysis per color code instruction. To her credit, Ms. Slama contacted this officer to report that she had called but forgot to report for testing.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 20 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 12 day of November, 2004, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

Respectfully,

Melissa L. Perez
U.S. Probation Officer

Place St. Paul
Date November 9, 2004

c: United States Sentencing Commission