PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
SEP 20 2006
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA
CLERK

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Janelle Dawn Slama**

**Docket No. 0:00CR00263-004(MJD)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Janelle Dawn Slama** who was sentenced for Conspiracy to Distribute Cocaine and Cocaine Base on March 12, 2002, by the Honorable Michael J. Davis, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug and mental health aftercare

20 hours community service (modified November 12, 2004, for failure to report for drug testing)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On September 6, 2006, the defendant submitted a drug test which was positive for marijuana. The defendant admitted smoking marijuana the previous weekend with neighbors. The drug test was returned from the lab diluted.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 90 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 20th day of September, 2006, and ordered filed and made a part of the records in the above case.

Michael J. Davis

Honorable Michael J. Davis
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

for Julie M. Best

Joan L. White
U.S. Probation Officer

Executed on September 18, 2006

Place Bemidji

SCANNED
SEP 20 2006
U.S. DISTRICT COURT MPLS