Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Janelle Dawn Slama

Docket No. 0:00CR00263-004(MJD)

## HEARING WAIVER

I, Janelle Dawn Slama, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 90 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed: Janelle Slama
Janelle Dawn Slama
Supervised Releasee

Dated: 09-15-06

Witness: Joan L. White
Joan L. White
U.S. Probation Officer

SCANNED
SEP 20 2006
U.S. DISTRICT COURT MPLS