PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
JAN 24 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Janelle Dawn Slama**

**Docket No. 0:00CR00263-004(MJD)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Janelle Dawn Slama** who was sentenced for Conspiracy to Distribute Cocaine and Cocaine Base on March 12, 2002, by the Honorable Michael J. Davis, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug and mental health aftercare

20 hours community service (modified November 12, 2004, for failure to report for drug testing)

90 days home detention (modified September 20, 2006, for marijuana use)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On January 8, 2007, the defendant submitted a drug test which was positive for cocaine. The defendant admitted using cocaine the previous day. The test is pending verification from the lab.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 24 day of January, 2007, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer

Executed on January 18, 2007
Place Bemidji

SCANNED
JAN 25 2007
U.S. DISTRICT COURT

c: United States Sentencing Commission