**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | |
| | ) | Case No: CR 00-263-04 MJD |
| v. | ) | Date: September 4, 2007 |
| | ) | Court Reporter: |
| **Janelle Dawn Slama** | ) | Tape Number: |
| | ) | Time Commenced: 3:00 p.m. |
| Defendant. | ) | Time Concluded: 3:08 p.m. |
| | | Time in Court: 8 Minutes |

APPEARANCES:

Plaintiff: Nicole Engisch
Defendant: Andrea George
☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: n/a
Date Charges Filed: 8/8/07 Offense:
☒ Charges read into record ☐ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

☐ **Bond set in the amount of $ unsecured with conditions, see Order Setting Conditions of Release.**

Next appearance date is **September 5, 2007** at **4:00 p.m.** before U.S. Magistrate Judge Noel for:

☒ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☒ preliminary revocation

☐ Detention hearing waived ☐ Detention hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

s/*Cathy Orlando*
Judicial Assistant