**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Janelle Dawn Slama**,

Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: Franklin L. Noel
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CR 00-263-04 MJD |
| Date: | September 4, 2007 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 4:00 p.m. |
| Time Concluded: | 4:10 p.m. |
| Time in Court: | 10 Minutes |

☐ **PRELIMINARY HRG ONLY** ☐ **DETENTION HRG ONLY**
☒ **PRELIMINARY/DETENTION HRG** ☐ **REMOVAL HRG**
Time in Court Prelim/Det: 5/5

APPEARANCES:

Plaintiff: Nicole Engisch, Assistant U.S. Attorney
Defendant: Andrea George
☒ FPD ☐ CJA ☐ Retained ☒ Appointed

Interpreter / Language: n/a

**True Name if different from charging instrument:** [True Name if diff]
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:** [Clerk chg nm to]

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** ☒ **Supervised Release**

☐ **Charges from other District** [Frm Another District]

**Defendant waives her right to a preliminary revocation hearing. Based on the agreement of the government and defense counsel, defendant will be released on an unsecured bond with conditions set forth in a release order.**

☐ Defts Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence
or
☒ Bond set in the amount of $25,000 unsecured with conditions, see Order Setting Conditions of Release.

☒ Deft. bound over to District Court of Minnesota for **final revocation hearing which is scheduled before Judge Davis on September 18, 2007 at 9:00 a.m.**

Additional Information: Hearing for September 5, 2007 will not be necessary and has been cancelled.

s/Cathy Orlando
Signature of Judicial Assistant