**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>Janelle Dawn Slama,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Michael J. Davis<br>U.S. District Judge<br><br>Case No: 00-263 4<br>Date: September 18, 2007<br>Court Reporter: Lori Simpson<br>Time Commenced: 09:40 a.m.<br>Time Concluded: 10:10 a.m.<br>Time in Court: 30 Minutes |

## APPEARANCES:

Plaintiff: Jeffrey Paulsen, Assistant U.S. Attorney
Defendant: Andrea George ☒ FPD

## PROCEEDINGS:

☒ **Revocation of Probation - Final Hearing.**
☒ Defendant admits allegations.
☒ Hearing on Report on Defendant Under Supervision re: sentencing
☒ Defendant's witness: Jennifer McConnell
☒ Detention Hearing

## ORDERED:

☒ Defendant released on same terms and conditions of supervised release.
☒ Detention Hearing continued to October 10, 2007 at 2:00 p.m..

s/Susan Schempf
Judicial Assistant