A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
SEP 11 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

V.

Janelle Dawn Slama

## WARRANT FOR ARREST

0741-0808-1233-0

CASE NUMBER: **CR 00-263(4) MJD/**

RECEIVED
US MARSHALS SERVICE
MPLS MN
2007 AUG -9 P 4:30

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Janelle Dawn Slama
a/k/a - Jo Jo

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Michael J. Davis, United States District Court Judge.

August 8, 2007 at Minneapolis, MN

(By) Kim Krulas, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 9-4-07
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ____________

SCANNED
SEP 21 2007
U.S. DISTRICT COURT ST. PAUL

criminal\warrant.frm