**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Janelle Dawn Slama (4),
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Michael J. Davis
U.S. District Judge

| | |
|---|---|
| Case No: | 00cr263(4) MJD/JGL |
| Date: | October 10, 2007 |
| Court Reporter: | Lori Simpson |
| Time Commenced: | 02:10 p.m. |
| Time Concluded: | 02:15 p.m. |
| Time in Court: | 5 Minutes |

## APPEARANCES:

Plaintiff: Jeffrey Paulsen, Assistant U.S. Attorney
Defendant: Andrea George : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Hearing on Report on Defendant Under Supervision

## ORDERED:

: Defendant released on same terms and conditions of supervised release, additional conditions added, see J&C.
: Supervised Release continued for a term of 4 months.
: Defendant is sentenced to: credit for time served

s/Susan Schempf
Judicial Assistant