**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>Janelle Dawn Slama (4),<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Michael J. Davis<br>U.S. District Judge<br><br>Case No: 00cr263(4) MJD/JGL<br>Date: October 10, 2007<br>Court Reporter: Lorilee Fink<br>Time Commenced: 02:10 p.m.<br>Time Concluded: 02:15 p.m.<br>Time in Court: 5 Minutes |

## APPEARANCES:

Plaintiff: Jeffrey Paulsen, Assistant U.S. Attorney
Defendant: Andrea George : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Hearing on Report on Defendant Under Supervision

## ORDERED:

: Defendant released on same terms and conditions of supervised release, additional conditions added, see J&C.
: Supervised Release continued for a term of 4 months.
: Defendant is sentenced to: credit for time served

s/Susan Schempf
Judicial Assistant