USM

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

Released to times served 10/10/07

# United States District Court
## District of Minnesota

2007 OCT 12 A 10: 36

UNITED STATES OF AMERICA
v.
Janelle Dawn Slama (4)

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Supervised Release)
Case Number: 00cr263(4) MJD/JGL
USM Number: 09636-041
Social Security Number: 1631
Date of Birth: 1975

Andrea George
Defendant's Attorney

RECEIVED
OCT 23 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**THE DEFENDANT:**

[x] admitted guilt to violation of conditions: Special Condition #4and Mandatory Condition #6 of the term of supervision.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition #4 | The defendant shall participate in a program for drug abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group. | July 19, 2007 |
| Mandatory Condition #6 | The defendant shall notify the probation officer ten days prior to any change in residence or employment | July 19, 2007 |

**The defendant is sentenced as provided in pages 2 through 4 of this judgment**. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

October 10, 2007
Date of Imposition of Judgment

s / Michael J. Davis
Signature of Judge

MICHAEL J. DAVIS, United States District Judge
Name & Title of Judge

October 11, 2007
Date

A true printed copy in 4 sheet(s) of the electronic record filed on 10-11-07, in the United States District Court for the District of Minnesota.
CERTIFIED, 10-12, 2007.
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

SCANNED
OCT 29 2007
U.S. DISTRICT COURT MPLS

DEFENDANT: JANELLE DAWN SLAMA (4)
CASE NUMBER: 00CR263(4) MJD/JGL

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **credit for time served**.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on ________________ to ________________________

at ____________________, with a certified copy of this judgment.

________________________
United States Marshal

By ________________________
Deputy United States Marshal

DEFENDANT: JANELLE DAWN SLAMA (4)
CASE NUMBER: 00CR263(4) MJD/JGL

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **4 months**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

[x] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

If this Judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: JANELLE DAWN SLAMA (4)
CASE NUMBER: 00CR263(4) MJD/JGL

# SPECIAL CONDITIONS OF SUPERVISION

a The defendant shall not commit any crimes, federal, state, or local.

b The defendant shall abide by the standard conditions of supervised release recommended by the Sentencing Commission.

c The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

d The defendant shall participate in a program for drug abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

e The defendant shall be required to undergo mandatory drug testing as set forth by Title 18, United States Code, Sections 3563(a) and 3583(d).

f The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved and directed by the probation officer.

g The defendant shall complete the four month treatment program at the Women's Recovery Center, with placement as soon as a bed is available