**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Arthur J. Boylan |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 00- 263 MJD |
| | ) | Date: January 3, 2008 |
| Janelle Dawn Slama (04), | ) | Court Reporter: None |
| | ) | Tape Number: #181 1881-2669 |
| Defendant. | ) | Time Commenced: 2:00 p.m. |
| | | Time Concluded: 2:05 p.m. |
| | | Time in Court: 5 Minutes |

## APPEARANCES:

**Plaintiff:** William Otteson
Assistant U.S. Attorney

**Defendant:** Kate Menendez
☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter: None Language: English

Date Charges Filed: December 28, 2007 Offense: Violations of rules at Women's Recovery Center

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release ☒ Supervised Release

☐ Charges from other District

☒ Government moves for detention.
Motion is: ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

Next appearance date is January 10, 2008 at 9:30 a.m. before U.S. District Court Judge Michael J. Davis for:

☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☒ Final revocation hrg.

☒Detention hearing waived ☒ Preliminary revocation hearing waived ☐Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.
Additional Information:

s/Joan Flood
Criminal Duty Clerk