**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FINAL REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>Janelle Dawn Slama (4),<br>*also known as Jo Jo*<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Michael J. Davis<br>U.S. District Judge<br><br>Case No: 00-cr-263 (4) (MJD/JGL)<br>Date: January 10, 2008<br>Court Reporter: Lori Simpson<br>Time Commenced: 12:00 p.m.<br>Time Concluded: 12:15 p.m.<br>Time in Court: 15 Minutes |

APPEARANCES:

Plaintiff: Jeffrey Paulsen, Assistant U.S. Attorney
Defendant: Katherine Menendez, Assistant Federal Defender

PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**
☒ Defendant admits allegations.

ORDERED:

☒ Defendant remanded to custody of the U.S. Marshal.
☒ Defendant is sentenced to 10 months to the care and custody of the BOP. No supervised release by this court, after time served.
☒ Written order to be issued.

Date: January 10, 2008

s/KW
Calendar Clerk to Judge Michael J. Davis