A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
JAN 09 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 00-263(4) MJD**

Janelle Dawn Slama

0841-1228-0393-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Janelle Dawn Slama

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Michael D. Davis, United States District Court Judge.

Kim Krulas

December 28, 2007 at Minneapolis, MN

(By) Kim Krulas, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: __________ Date of Arrest: __________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 1-2-08
ARRESTED BY Self-Surrender
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. Laurent

SCANNED
JAN 14 2008
U.S. DISTRICT COURT MPLS